UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | DOCKET NO. 3:21-CR00220 (VAB)(RAR) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, ET AL. | : | January 25, 2022 |
| Defendant. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caelyn Stephens of Petrillo Klein & Boxer LLP hereby appears on behalf of Defendant Robert Harvey in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address set forth below.

I hereby certify that I am admitted to practice before this Court.

PETRILLO KLEIN & BOXER LLP

By: /s/ Caelyn Stephens
    Caelyn Stephens (phv20414)
655 Third Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 370-0330
cstephens@pkbllp.com

*Attorney for Defendant Robert Harvey*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January 2022, the foregoing Appearance was electronically filed with the United States District Court, District of Connecticut. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Caelyn Stephens
     Caelyn Stephens