# EXHIBIT B
# (GX-0201)
# Filed Under Seal